UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

APPLICATION PURSUANT TO 28 U.S.C. §
2241(C)(5) OF SHEILA M. GOWAN, POST-
CONFIRMATION PLAN ADMINISTRATOR
FOR DREIER LLP, FOR WRIT OF HABEAS
CORPUS *AD TESTIFICANDUM* FOR THE
PRODUCTION OF MARC S. DREIER.
-----------------------------------------------------------X

: Case No. *14 c.v 6554 (AKH)*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY F...
DOC #:
DATE FILED: 9/10/14
```

## ORDER GRANTING PETITION FOR WRIT OF
## HABEAS CORPUS *AD TESTIFICANDUM*

Upon consideration of the Petition for Writ of Habeas Corpus *Ad Testificandum* dated August 15, 2014 (the "Petition"), filed by Sheila M. Gowan (the "Plan Administrator"), post-confirmation Plan Administrator for Dreier LLP, for a writ of habeas corpus *ad testificandum* for the production of Marc S. Dreier to testify and be examined at the trial of the adversary proceeding captioned *Gowan v. Westford, et al.*, Adv. Proc. No. 10-05447 pending before the United States Bankruptcy Court for the Southern District of New York, and it appearing that the Court has jurisdiction to consider the Petition and the relief requested therein; and the Court finding that the Plan Administrator gave due notice of the Petition to all parties entitled to notice and that no other or further notice need be given; and upon the proceeding before the Court; and good and sufficient cause appearing therefor, it is:

ORDERED that the Petition is hereby granted; and it is further

ORDERED that all objections, if any, to the Petition or the relief requested therein or granted in this Order, that have not been withdrawn, waived or settled, and all reservations of rights included therein, are overruled; and it is further

ORDERED, that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus *ad testificandum*, attached hereto as **Exhibit 1,** to the Warden of Federal Correctional Institution ("FCI") Sandstone, and any other person or persons having custody of Marc S. Dreier (Register #70595-054), to bring Marc S. Dreier to the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, NY 10004-1408 commencing on October 27, 2014 at 10:00 a.m., to testify and be examined as a witness at the trial of the adversary proceeding captioned *Gowan v. Westford, et al.*, Adv. Proc. No. 10-05447 pending in the United States Bankruptcy Court for the Southern District of New York, and who shall be returned to FCI Sandstone and to the persons now having custody of him therein, as soon as his examination shall be completed.

Dated: New York, New York
~~August~~ Sept. 9, 2014

_____
UNITED STATES DISTRICT JUDGE