**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com



RECEIVED
OCT 15 2014
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

USDC S[DNY]
DOCU[MENT]
ELECT[RONICALLY FILED]
DOC #: _____
DATE FILED: 10/16/14

October 15, 2014

**VIA FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



So ordered
10-15-14
[signature]

Re: *Application Pursuant to 28 U.S.C. § 2241(c)(5) of Sheila M. Gowan, Post-Confirmation Plan Administrator for Dreier LLP, for Writ of Habeas Corpus Ad Testificandum for the Production of Marc S. Dreier*, Case No. 14-cv-06554-AKH

Dear Judge Hellerstein:

On behalf of Petitioner Sheila M. Gowan, the Post-Confirmation Plan Administrator for Dreier LLP (the "Plan Administrator"), we write with reference to the writ of habeas corpus *ad testificandum* (the "Writ") that was issued by the Clerk of the Court, on or about September 10, 2014, requiring the production of Marc S. Dreier to testify and be examined, commencing on October 27, 2014, at the trial of the adversary proceeding captioned *Gowan v. Westford, et al.*, Adv. Proc. No. 10-05447 (SMB) (the "Adversary Proceeding"), pending before the United States Bankruptcy Court for the Southern District of New York in connection with the Chapter 11 case captioned *In re Dreier LLP*, Case No. 08-15051 (SMB). The Writ and the order of this Court, entered on September 10, 2014, ordering issuance of the Writ, are enclosed for the Court's reference.

We write to inform the Court that the parties to the Adversary Proceeding have entered into a settlement agreement resolving the Adversary Proceeding in its entirety and have informed the Bankruptcy Court of the settlement at a conference held this morning, October 15, 2014. While the settlement is subject to approval of the Bankruptcy Court, the Plan Administrator no longer anticipates that Mr. Dreier will be required to testify at trial. Accordingly, the Plan Administrator respectfully requests that the Court enter an order quashing or rescinding the Writ. We have conferred with the United States Attorney's Office and counsel for defendants in the Adversary Proceeding, and they consent to the relief requested herein.

**DICKSTEIN**SHAPIRO LLP

October 15, 2014
Page 2

    We thank the Court for its attention to this request to quash or rescind the Writ.

                        Respectfully submitted,

                        Eric B. Fisher

Enclosures

cc:   The Honorable Stuart M. Bernstein, United States Bankruptcy Judge (via hand delivery)
      Tomoko Onozawa, Esq., Assistant United States Attorney (via email)
      John J. Csakany, Assistant Chief U.S. Marshals Service (via regular mail)
      Mathew B. West, Esq., Counsel for Westford (via email)